UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOE HAND PROMOTIONS., INC,<br><br>               Plaintiff,<br><br>   vs<br><br>MICHAEL VERNON BARRETT, et al.,<br><br>              Defendants. | CASE NO. C07-5292FDB<br><br>ORDER OF DISMISSAL |

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are **DISMISSED** with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within *ninety (90)* days of the date of this Order. Any trial date and/or pretrial dates previously set are hereby **VACATED**.

IT IS SO ORDERED this day, July 23, 2007.

_____

The Honorable Franklin D. Burgess
United States District Court Judge